## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **THOMAS DEFIBAUGH, individually and on behalf of others similarly situated,** | : | **Case No.** |
| | : | |
| | : | |
| **Plaintiff** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC,** | : | |
| | : | |

**Defendant**

### NOTICE OF REMOVAL

**To:  Clerk – United States District Court for the District of Maryland, Northern Division**

**PLEASE TAKE NOTICE THAT** on this date, Defendant Portfolio Recovery Associates, LLC, hereby removes the above-captioned matter to this Court from the Circuit Court of Maryland for Baltimore City, and in support thereof avers as follows:

1.      Defendant Portfolio Recovery Associates, LLC is a defendant in a civil action originally filed on or about April 14, 2015, in the Circuit Court of Maryland for Baltimore City, Case No. 24-C-15-001875-OT, captioned *Thomas Defibaugh, et. al. v. Portfolio Recovery Associates, LLC.*

2.      This removal is timely under 28 U.S.C. § 1446(b).  Defendant first received a copy of Plaintiff's Complaint by service upon its registered agent on or about April 24, 2015.

1

3.     Pursuant to 28 U.S.C. § 1446, attached hereto as <u>Exhibit A</u> are copies of all process, pleadings and orders received by Defendant in the state court action.

4.     The United States District Court for the District of Maryland, Northern Division has original jurisdiction over this action pursuant to 28 U.S.C. § 1331, in that Plaintiff has filed claims against the Defendant alleging violations of the FDCPA, 15 U.S.C. § 1692 *et seq.*

WHEREFORE, Defendant removes this case to the United States District Court for the District of Maryland.

Respectfully submitted,

**MARSHALL DENNEHEY WARNER COLEMAN & GOGGIN**

By: _____

LAUREN M. BURNETTE, ESQUIRE
Attorney No. 29597
100 Corporate Center Drive, Suite 201
Camp Hill, PA 17011
(717) 651-3703
lmburnette@mdwcg.com
Counsel for Portfolio Recovery Associates, LLC

Dated:  May 21, 2015

## CERTIFICATE OF SERVICE

I certify that on the 21st day of May, 2015, a true copy of the foregoing

Notice was served on the persons below via e-mail:

Jane Santoni, Esquire
Kathleen P. Hyland, Esquire
Williams & Santoni, LLP
401 Washington Ave., Suite 200
Towson, MD 21204
jane@williams-santonilaw.com
kat@williams-santonilaw.com

I further certify that on the 21st day of May, 2015, a true copy of the

foregoing Notice was served on the persons below via United States Mail,

postage prepaid:

Clerk
Circuit Court of Maryland for
Baltimore City
111 North Calvert St.
Room 462
Baltimore, MD 21202

**MARSHALL, DENNEHEY, WARNER,
COLEMAN & GOGGIN**

By: _____

LAUREN M. BURNETTE, ESQUIRE
Attorney No. 29597
100 Corporate Center Drive, Suite 201
Camp Hill, PA 17011
(717) 651-3703
lmburnette@mdwcg.com
Counsel for Defendant Portfolio Recovery
Associates, LLC

Dated: 5/21/15