# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| THOMAS DEFIBAUGH, *individually and on behalf of others similarly situated,* | * | |
| | * | |
| Plaintiffs | * | |
| v. | * | Civil No: 1:15-cv-01478-ELH |
| PORTFOLIO RECOVERY ASSOCIATES, LLC | * | |
| | * | |
| Defendant. | * | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The Plaintiff, Thomas Defibaugh, hereby dismisses the above-captioned case with prejudice with the consent of the Defendant, Portfolio Recovery Associates, LLC, pursuant to the agreement of the parties.

Respectfully submitted,

_____/s/_____
Kathleen P. Hyland, Bar No. 30075
Jane Santoni, Bar No. 05303
Williams & Santoni, LLP
401 Washington Avenue, Suite 200
Towson, Maryland 21204
(410) 938-8666
(410) 938-8668 (fax)
kat@williams-santonilaw.com
jane@williams-santonilaw.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this document was served on the Defendant's counsel when filed via the Court's CM/ECF system on December 23, 2015.

/s/ Kathleen P. Hyland